SEARCH WARRANT RETURN (REV. 03/13)

☒ FILED  ☐ LODGED
Feb 26 2025
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: **25-04649MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/26/2025 | 3:08  2/26/2025 | |

INVENTORY MADE IN THE PRESENCE OF
A. Book / J. McFedy

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Nothing Seized

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 2/26/2025

_____
Executing Officer's Signature

Alan Book  Postal Inspector
Printed Name and Title